# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

135120

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE AKLIAH MARSHALL and MYNYA ADEA
TAWANA JEANETTE MARSHALL, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

JADA LATRICE THOMPSON,
       Respondent-Appellant.

SC: 135120
COA: 274736
Oakland CC
Family Division: 04-697833-NA

_____/

On order of the Court, the application for leave to appeal the September 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008

_____
Clerk

s0108